**GALLO VITUCCI KLAR LLP**

WWW.GVLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2025

Joanna Grillo
Associate
90 Broad Street, 12th Floor
New York, NY 10004
jgrillo@gvlaw.com
646-849-9693

*Via: ECF*

August 1, 2025

U.S. Magistrate Judge Katherine H. Parker
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      *Kamaria Matthew v. Maxim Murashov, et al.*
      Venue:  United States District Court, Southern District of New York
      Index No.:  1:25-cv-04769-KHP

Honorable Judge Parker:

      We are counsel for Defendant Maxim Murashov, in this matter. We submit this letter motion seeking an adjournment of the September 8, 2025 initial conference. My colleague, Sherri Jayson, who is also handling this case, will be out of the office from September 8-12 and in observance of the Jewish holidays on September 22-24. In the interim, we will have a Rule 16 conference with Plaintiff's counsel, who consents to this request.

      This is our first request for an adjournment.

      We thank the Court for its understanding.

*Joanna Maria Grillo*
Joanna Maria Grillo, Esq.

**APPLICATION GRANTED:** The Initial Conference set for 9/8/2025 at 11:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, September 25, 2025 at 12:30 p.m.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
08/04/2025

Manhattan 90 Broad Street, Suite 1202, New York, NY 10004; New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601
Westchester 1 Bridge Street, Suite 104, Irvington, NY 10533; Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
Midtown 630 3rd Avenue, 3rd Floor, New York, NY 10017

Including the former operations of Rubin, Fiorella, Friedman & Mercante LLP