```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KAMARIA MATTHEW,

                        Plaintiff,              **25-CV-4769 (KHP)**

       -against-                      **POST-CONFERENCE ORDER**

MAXIM MURASHOV, et al.,

                        Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 25, 2025, the parties appeared before the undersigned for an initial case management conference. As discussed at the conference and set forth below:

The parties shall complete fact discovery **by January 25, 2026**.

Affirmative expert reports are due **by March 31, 2026**. Rebuttal expert reports are due **by April 30, 2026**.

Expert depositions are due **by May 22, 2026**.

The parties shall file a Joint Status Letter updating the Court on the status of discovery **by November 25, 2025**.

        SO ORDERED.

Dated: September 26, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge