USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/15/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KAMARIA MATTHEW,

                              Plaintiff,

              -against-

MAXIM MURASHOV, et al.,

                              Defendants.
------------------------------------------------------------------X

**25-CV-4769 (KHP)**

**30-DAY ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court, having been advised that the parties have reached a settlement in principle, ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. **To be clear, any application to reopen must be filed by Wednesday January 14, 2026; any such application filed thereafter may be denied solely on that basis.** Further, requests to extend the deadline to reopen are unlikely to be granted. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. There are no pending motions and no scheduled conferences in this matter. The Clerk of Court is directed to CLOSE the case.

**SO ORDERED.**

Dated: New York, New York
        December 15, 2025

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge